HOWELL WADE, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed June 21, 1923.

A Writ of Error to the Circuit Court for Madison County; M. F. Horne, Judge.

*Chas. E. Davis*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *J. B. Gaines*, Assistant, for the State.

PER CURIAM.—Upon an indictment charging murder in the first degree by shooting, the defendant was convicted of manslaughter and took writ of error.

There is ample evidence to sustain the conviction; and even if errors of procedure were committed as contended,

they could not reasonably have been prejudicial to the defendant in view of his own testimony and other circumstances shown. See Shuler v. State, 84 Fla. 414, 93 South. Rep. 672, and authorities cited.

Affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, WEST AND TERRELL, JJ., concur.

BROWNE, J., dissents.